IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07CV372

|  |  |
|---|---|
| ANGELINE D. HOPPER, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| J.C. PENNEY CORPORATION, INC., | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Plaintiff's motion to extend the discovery and dispositive motion deadlines. Defendant objects to the motion.

The Court finds good cause for the motion and that the extension will not impact the trial setting of the case. The motion is hereby GRANTED and the scheduling order is modified as follows:

1. Discovery shall be completed by June 16, 2008.

2. Dispositive motions shall be filed by July 3, 2008.

**SO ORDERED**.

Signed: June 2, 2008

Carl Horn, III
United States Magistrate Judge